# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1902
LT Case Nos. 2023-101673-CFDL
2025-101330-CFDL

———————————————

KENNETH M. GONZALEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Matthew Metz, Public Defender, and Evan Altes, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

October 7, 2025

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and EDWARDS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————